SARAH L. REMER, complainant-respondent,

*v.*

FRANCES J. BENEDICT et al., defendants-respondents, and JAMES C. BIOREN, defendant-appellant.

[Submitted January 3d, 1912. Decided March 5th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported *ante p. 21.*

*Messrs. Coult & Smith* and *Mr. Arthur R. Denman,* solicitors for and of counsel with James C. Bioren, appellant.

*Mr. Charles C. Pilgrim,* solicitor for and of counsel with Sarah L. Remer, respondent.

*Messrs. Lum, Tambyln & Colyer,* solicitors for and of counsel with Frances J. Benedict and others, respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, TREACY—12.

*For reversal*—None.